United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   JOSEPH BELL,                          Case No.  16-cv-03034-PJH
8              Plaintiff,
                                          **ORDER FOR PETITIONER TO SHOW
9       v.                                CAUSE**
10  ERIC ARNOLD,
11              Defendant.
12
13          Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus
14  pursuant to 28 U.S.C. § 2254.  He has paid the filing fee.  Petitioner challenges a
15  November 8, 1996, conviction from the San Francisco County Superior Court.  Petitioner
16  argues that he received an unauthorized sentence in excess of the trial court's jurisdiction
17  because of state Propositions that were passed in 1990 before his trial and sentence.
18  However, court records indicate that petitioner already filed a habeas petition in this court
19  challenging the same conviction.  *See Bell v. Lamarque*, Case No. 99-cv-3562-PJH.
20  That case was denied on June 20, 2003, and an appeal was later denied.  This appears
21  to be a successive petition.
22          "A claim presented in a second or successive habeas corpus application under
23  section 2254 that was not presented in a prior application shall be dismissed . . ." 28
24  U.S.C. § 2244(b)(2).  This is the case unless,

25              (A) the applicant shows that the claim relies on a new
26          rule of constitutional law, made retroactive to cases on
            collateral review by the Supreme Court, that was previously
            unavailable; or
27              (B) (i) the factual predicate for the claim could not have
28          been discovered previously through the exercise of due
            diligence; and

1
2
3

        (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

4

28 U.S.C. § 2244(b)(2).

5
6

        "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an

7

order authorizing the district court to consider the application."  28 U.S.C. §

8

2244(b)(3)(A).  It does not appear that petitioner has received authorization from the

9

Ninth Circuit to file this petition, therefore he will be ordered to show cause why this case

10

should not be dismissed.  Petitioner must show cause by **July 29, 2016**, why this case

11

should not be dismissed as successive.  Failure to file a response will result in dismissal.

12

       **IT IS SO ORDERED.**

13

Dated: June 28, 2016

14
15
16

                          _____
PHYLLIS J. HAMILTON
United States District Judge

17

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2016\2016_03034_Bell_v_Arnold_(PSP)\16-cv-03034-PJH-osc-p.docx

18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH BELL,

          Plaintiff,

    v.

ERIC ARNOLD,

          Defendant.

Case No.  16-cv-03034-PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph  Bell
K-30059
P.O. Box 4000
Vacaville, CA 95696

Dated: June 28, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON